**TARTER KRINSKY & DROGIN LLP**
*Counsel to Deborah J. Piazza, Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re

ORLY GENGER,

                 Debtor.

Chapter 7

Case No. 19-13895 (JLG)

---------------------------------------------------------------X

DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger,

                 Plaintiff,

    -against-

MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JOHN AND JANE DOES 1-100,

                 Defendants.

Adv. Pro. No. 21-01180 (JLG)

---------------------------------------------------------------X

## SUPPLEMENTAL DECLARATION OF SERVICE

Pursuant to the provisions of 28 U.S.C. §1746, Sheree Nobles, declares under the penalty of perjury, the following to be true and correct:

I am over the age of eighteen, not a party to the action, and reside in the County of Fairfield, State of Connecticut.

On September 3, 2021, I served a true copy of: (i) **Summons and Notice of Pretrial Conference In An Adversary Proceeding**; and (ii) **Complaint**, via (i) first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of

{Client/086201/1/02479986.DOCX;1 }

the U.S. Postal Service; or (ii) Express Mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service on the parties listed below:

**Via Express Mail**

The Sagi Genger 1993 Trust
c/o Cook Islands Trust Corporation Limited
First Floor, BCI House, Avura District
Rarotonga, Cook Island

**Via First Class Mail**

Manhattan Safety Maine, Inc.
15 Ledge Road
Cumberland Foreside, ME 04110
Attn: President

On September 11, 2021, I served a true copy of: (i) **Summons and Notice of Pretrial Conference In An Adversary Proceeding**; and (ii) **Complaint**, via Priority Mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service on the parties listed below:

David Parnes
29 Elkachi Street
Tel-Aviv 69497, Israel

David Parnes
Parnes Ranaan & Co.
18A Raoul Wallenberg Street, Building C
Tel Aviv 6971915, Israel

Dated: New York, New York
       September 15, 2021

                                                                                /s/ Sheree Nobles
                                                                                 Sheree Nobles