UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ORLY GENGER,<br><br>    Debtor.<br><br>DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger,<br><br>    Plaintiff,<br><br>     - against -<br><br>MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JANE DOES 1-100,<br><br>    Defendants. | Chapter 7 Case No. 19-13895<br><br>Adv. Case No. 21-ap-01180<br><br>**NOTICE OF APPEARANCE** |

To the above-named parties:

    **PLEASE TAKE NOTICE** that Max Rodriguez of Pollock Cohen LLP, hereby enters his appearance as counsel of record on behalf of the Orly Genger 1993 Trust, Recovery Effort Inc., and Manhattan Safety Maine, Inc., in the above-captioned action.

    It is respectfully requested that any future Notices of Electronic Filing related to this case be forwarded to Max Rodriguez at Max@PollockCohen.com.

1

2

Dated: September 21, 2021
     New York, NY

                         POLLOCK COHEN LLP

                         By: /s/ *Max Rodriguez*
                            Max Rodriguez
                         60 Broad St., 24th Floor
                         New York, NY 10004
                         (646) 290-7509
                         Max@PollockCohen.com
                         *Attorneys for the Orly Genger 1993 Trust, by its Trustee Michael Oldner, Recovery Effort Inc., and Manhattan Safety Maine, Inc.*