Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: plabov@pszjlaw.com
　　　　blevine@pszjlaw.com

*Counsel to Dalia Genger*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| ORLY GENGER, | Case No. 19-13895 (JLG) |
| Debtor. | |
| DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger, | Adv. Pro. No. 21-ap-01180 (JLG) |
| Plaintiff, | |
| v. | |
| MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JANE DOES 1-100, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Dalia Genger, by and through her undersigned counsel, hereby requests that all notices given or required to be given in the above-captioned adversary proceeding, and all papers served or required to be served in the above-captioned adversary

proceeding, including, without limitation, all notices pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, be served upon the following:

> Paul J. Labov, Esq.
> Beth E. Levine, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 780 Third Avenue, 34th Floor
> New York, New York 10017
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
> Email:  plabov@pszjlaw.com
>              blevine@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes notices of all applications, motions, petitions, and pleadings, and any other documents brought before the Court in this adversary proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of Dali Genger to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or

recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: September 24, 2021                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Paul J. Labov*
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  plabov@pszjlaw.com
            blevine@pszjlaw.com

*Counsel to Dalia Genger*