UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ORLY GENGER,<br><br>  Debtor.<br><br>DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger,<br><br>  Plaintiff,<br><br>    - against –<br><br>MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JOHN AND JANE DOES 1-100,<br><br>  Defendants. | Chapter 7<br><br>Case No. 19-13895 (JLG)<br><br>Adv. Case No. 21-ap-01180<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jerrold L. Steigman, of Krantz & Berman LLP, hereby enters his appearance as counsel for defendant Michael Oldner in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below.

Dated:  September 27, 2021
          New York, NY

                                      Respectfully submitted,

                                      KRANTZ & BERMAN LLP

                    By:   /s/ *Jerrold L. Steigman*
                          Jerrold L. Steigman
                          747 Third Avenue, 32nd Floor
                          New, York, NY 10017
                          212-661-0009
                          jsteigman@krantzberman.com
                          *Attorneys for Michael Oldner*