IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: § | CHAPTER 7 |
| § | |
| ORLY GENGER, § | CASE NO. 19-13895-jlg |
| § | |
| Debtor. § | |

| | |
|---|---|
| DEBORAH J. PIAZZA, as Successor § | |
| CHAPTER 7 TRUSTEE, of the § | |
| Bankruptcy Estate of Orly Genger, § | ADV. PRO. NO. 21-01180-jlg |
| § | |
| Plaintiff, § | |
| § | |
| -against- § | |
| § | |
| MICHAEL OLDNER, THE ORLY § | |
| GENGER 1993 TRUST, RECOVERY § | |
| EFFORT INC., SAGI GENGER, THE § | |
| SAGI GENGER 1993 TRUST, DALIA § | |
| GENGER, ELANA GENGER, DAVID § | |
| PARNES, D&K GP LLC, TPR § | |
| INVESTMENT ASSOCIATES, INC., § | |
| MANHATTAN SAFETY MAINE, INC § | |
| and JOHN AND JANE DOES 1-100, § | |
| § | |
| Defendants. § | |

**JOINDER IN MOTION TO DISMISS BY
SAGI GENGER, ELANA GENER, DAVID PARNES, D&K GP LLC,
AND TPR INVESTMENT ASSOCIATES, INC.**

PLEASE TAKE NOTICE that defendants Sagi Genger, Elana Genger, David Parnes, D&K GP LLC, and TPR Investment Associates, Inc., by and through their undersigned counsel, respectfully submit this joinder in the Motion to Dismiss or, in the Alternative, to Stay Proceedings dated October 1, 2021 filed by the Orly Genger 1993 Trust, by its Trustee Michael Oldner, Recovery Effort Inc., and Manhattan Safety Maine, Inc. (Doc. 25).

-2-

Notice of this Joinder has been provided via ECF to: (i) the Debtor; (ii) the Chapter 7 Trustee, Deborah Piazza; and (iii) any such other parties entitled to notice pursuant to Local Bankruptcy Rule 9013-1(b).

| | |
|---|---|
| Dated: October 22, 2021<br>New York, New York | **EMMET, MARVIN & MARTIN, LLP**<br><br>By: */s/ John Dellaportas*<br>John Dellaportas, Esq.<br>Judith Swartz, Esq.<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Tel.: 212-238-3000<br>Fax: 212-238-3100<br>jdellaportas@emmetmarvin.com |