Hearing Date and Time: December 9, 2021, at 10:00 a.m. (prevailing Eastern Time)
Response Deadline: November 26, 2021, at 4:00 p.m. (prevailing Eastern Time)
Reply Deadline:  December 2, 2021 at 4:00 p.m. (prevailing Eastern Time)

Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  plabov@pszjlaw.com
          blevine@pszjlaw.com

*Counsel to Dalia Genger*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| ORLY GENGER, | Case No. 19-13895 (JLG) |
| Debtor. | |
| DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger, | Adv. Pro. No. 21-ap-01180 (JLG) |
| Plaintiff, | |
| v. | |
| MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JANE DOES 1-100, | |
| Defendants. | |

**JOINDER OF DALIA GENGER IN THE MOTION OF ORLY GENGER
1993 TRUST, BY ITS TRUSTEE MICHAEL OLDNER, RECOVERY
EFFORT INC., AND MANHATTAN SAFETY MAINE, INC.'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Dalia Genger, by and through her undersigned counsel, hereby joins, as to legal issues only, in that certain motion [Docket No. 25] (the "Motion") filed by the Orly Genger 1993 Trust, by its Trustee Michael Older, Recovery Effort Inc., and Manhattan Safety Maine, Inc. to dismiss the complaint (the "Complaint") filed by plaintiff, Deborah J. Piazza, as Successor Trustee, of the Bankruptcy Estate of Orly Genger.

## CONCLUSION

For all of the legal arguments set forth in the Motion, which are incorporated herein by reference as if fully set forth herein, the claims for relief asserted against Dalia Genger in the Complaint should be dismissed. In the alternative, for all the legal arguments set forth in the Motion, the Court should stay proceedings in this adversary proceeding pending resolution of the Trustee's 9019 motion.

Dated: October 22, 2021                              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Paul J. Labov*
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: plabov@pszjlaw.com
        blevine@pszjlaw.com

*Counsel to Dalia Genger*