Hearing Date & Time: December 9, 2021 at 2:00 p.m.
Objection Deadline: November 26, 2021
Reply Deadline: December 2, 2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ORLY GENGER,<br><br>　Debtor.<br><br>DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger,<br><br>　Plaintiff,<br><br>　　- against –<br><br>MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JOHN AND JANE DOES 1-100,<br><br>　Defendants. | Chapter 7<br><br>Case No. 19-13895 (JLG)<br><br>Adv. Case No. 21-ap-01180<br><br>**JOINDER OF MICHAEL OLDNER IN THE MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS BY THE ORLY GENGER 1993 TRUST, BY ITS TRUSTEE MICHAEL OLDNER, RECOVERY EFFORT, INC., AND MANHATTAN SAFETY MAINE, INC.** |

　　　Michael Oldner, by and through his undersigned counsel, hereby joins in the Motion to Dismiss or, in the Alternative, to Stay Proceedings [Docket. No. 25] filed by the Orly Genger 1993 Trust, by its Trustee Michael Oldner, Recovery Effort Inc., and Manhattan Safety Maine, Inc.

Dated:  October 22, 2021
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KRANTZ & BERMAN LLP

　　　　　　　　　　　　　　By:　/s/ *Jerrold L. Steigman*
　　　　　　　　　　　　　　　　Jerrold L. Steigman
　　　　　　　　　　　　　　　　747 Third Avenue, 32nd Floor

New York, NY 10017
212-661-0009
jsteigman@krantzberman.com

*Attorneys for Michael Oldner*