# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: § | CHAPTER 7 |
| § | |
| ORLY GENGER, § | CASE NO. 19-13895-jlg |
| § | |
| Debtor. § | |

| | |
|---|---|
| DEBORAH J. PIAZZA, as Successor § | |
| CHAPTER 7 TRUSTEE, of the § | |
| Bankruptcy Estate of Orly Genger, § | ADV. PRO. NO. 21-01180-jlg |
| § | |
| Plaintiff, § | |
| § | |
| -against- § | |
| § | |
| MICHAEL OLDNER, THE ORLY § | |
| GENGER 1993 TRUST, RECOVERY § | |
| EFFORT INC., SAGI GENGER, THE § | |
| SAGI GENGER 1993 TRUST, DALIA § | |
| GENGER, ELANA GENGER, DAVID § | |
| PARNES, D&K GP LLC, TPR § | |
| INVESTMENT ASSOCIATES, INC., § | |
| MANHATTAN SAFETY MAINE, INC § | |
| and JOHN AND JANE DOES 1-100, § | |
| § | |
| Defendants. § | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that defendants Sagi Genger, Elana Genger, David Parnes, D&K GP LLC, and TPR Investment Associates, Inc., by and through their undersigned counsel, hereby withdraw ECF Dkt. 26 as it was filed under an incorrect document event code and will refile that document under a different event code.

| | |
|---|---|
| Dated: October 25, 2021<br>New York, New York | **EMMET, MARVIN & MARTIN, LLP**<br><br>By: */s/ Judith L. Swartz, Esq.*<br>John Dellaportas, Esq. |

-2-

        Judith Swartz, Esq.
        Emmet, Marvin & Martin, LLP
        120 Broadway, 32nd Floor
        New York, New York 10271
        Tel.: 212-238-3000
        Fax: 212-238-3100
        jswartz@emmetmarvin.com