Hearing Date and Time: December 9, 2021, at 10:00 a.m. (prevailing Eastern Time)
Response Deadline: November 26, 2021, at 4:00 p.m. (prevailing Eastern Time)
Reply Deadline: December 2, 2021 at 4:00 p.m. (prevailing Eastern Time)

Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email: plabov@pszjlaw.com
       blevine@pszjlaw.com

*Counsel to Dalia Genger*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| ORLY GENGER, | Case No. 19-13895 (JLG) |
| Debtor. | |
| DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger, | Adv. Pro. No. 21-ap-01180 (JLG) |
| Plaintiff, | |
| v. | |
| MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JANE DOES 1-100, | |
| Defendants. | |

**JOINDER OF DALIA GENGER IN THE MOTION OF ORLY GENGER 1993 TRUST, BY ITS TRUSTEE MICHAEL OLDNER, RECOVERY EFFORT INC., AND MANHATTAN SAFETY MAINE, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Dalia Genger, by and through her undersigned counsel, hereby joins, as to legal issues only, in that certain motion [Docket No. 25] (the "Motion") filed by the Orly Genger 1993 Trust, by its Trustee Michael Older, Recovery Effort Inc., and Manhattan Safety Maine, Inc. to dismiss the complaint (the "Complaint") filed by plaintiff, Deborah J. Piazza, as Successor Trustee, of the Bankruptcy Estate of Orly Genger.

## CONCLUSION

For all of the legal arguments set forth in the Motion, which are incorporated herein by reference as if fully set forth herein, the claims for relief asserted against Dalia Genger in the Complaint should be dismissed. In the alternative, for all the legal arguments set forth in the Motion, the Court should stay proceedings in this adversary proceeding pending resolution of the Trustee's 9019 motion.

Dated: October 22, 2021              PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Paul J. Labov*
Paul J. Labov, Esq.
Beth E. Levine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: plabov@pszjlaw.com
       blevine@pszjlaw.com

*Counsel to Dalia Genger*

## **CERTIFICATE OF SERVICE**

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On October 22, 2021, I caused a true and correct copy of the following document to be served via electronic mail and/or First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

- *Joinder of Dalia Genger in the Motion of Orly Genger 1993 Trust, By Its Trustee Michael Oldner, Recovery Effort Inc., and Manhattan Safety Maine, Inc.'s Motion to Dismiss or, in the Alternative, To Stay Proceedings.*

                                                 */s/ La Asia S. Canty*
                                                 La Asia S. Canty

# EXHIBIT 1

**Via First Class Mail and Electronic Mail**

Richard Carlos Ramirez
Glenn Agre Bergman & Fuentes LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Email: rramirez@glennagre.com

TARTER KRINSKY & DROGIN LLP
1350 BROADWAY, 11TH FLOOR
NEW YORK, NEW YORK 10018
DEBORAH J. PIAZZA, ESQ.
ROCCO A. CAVALIERE, ESQ.
Email: dpiazza@tarterkrinsky.com;
rcavaliere@tarterkrinsky.com

Jerrold Steigman
Krantz & Berman LLP
747 Third Avenue 32nd Floor
New York, NY 10017
Email: jsteigman@krantzberman.com

Adam Pollock
Max Rodriguez
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Email: Adam@PollockCohen.com
max@pollockcohen.com

John Dellaportas
Thomas A. Pitta
Judith Lynn Swartz
Emmet, Marvin & Martin LLP
120 Broadway
New York, NY 10271
Email: jdellaportas@emmetmarvin.com
tpitta@emmetmarvin.com
jswartz@emmetmarvin.com

**Error! Unknown document property name.**