# GLENN AGRE BERGMAN & FUENTES LLP

Michael Paul Bowen
mbowen@glennagre.com
55 Hudson Yards, 20th Floor
New York, NY 10001
o: (212) 358-5600
m: (914) 319-1827

December 1, 2021

<u>Via ECF</u>
Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

    Re:    *Piazza v. Oldner, et al., Adv. Pro. No. 21-01180 (JLG);*
              *In re Orly Genger, Case No. 19-13895-JLG*

Dear Judge Garrity:

    By this letter, Debtor withdraws the "motion" filed at Document No. 39 (dated November 26, 2021) in this adversary proceeding. That filing is a joinder, but was mistakenly filed under the wrong filing code, incorrectly designating it a motion. Debtor's joinder is being refiled today under the correct code.

                              Respectfully submitted,

                              /s *Michael Paul Bowen*

cc: All Counsel (via ECF)