UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ORLY GENGER,<br><br>   Debtor.<br><br>DEBORAH J. PIAZZA, as Successor CHAPTER 7 TRUSTEE, of the Bankruptcy Estate of Orly Genger,<br><br>   Plaintiff,<br><br>   - against –<br><br>MICHAEL OLDNER, THE ORLY GENGER 1993 TRUST, RECOVERY EFFORT INC., SAGI GENGER, THE SAGI GENGER 1993 TRUST, DALIA GENGER, ELANA GENGER, DAVID PARNES, D&K GP LLC, TPR INVESTMENT ASSOCIATES, INC., MANHATTAN SAFETY MAINE, INC. AND JOHN AND JANE DOES 1-100,<br><br>   Defendants. | Chapter 7<br><br>Case No. 19-13895 (JLG)<br><br>Adv. Case No. 21-ap-01180 (JLG)<br><br>**JOINDER OF MICHAEL OLDNER IN THE REPLY IN FURTHER SUPPORT OF THE MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS BY THE ORLY GENGER 1993 TRUST, BY ITS TRUSTEE MICHAEL OLDNER, RECOVERY EFFORT, INC., AND MANHATTAN SAFETY MAINE, INC.** |

     Michael Oldner, by and through his undersigned counsel, hereby joins in the reply in further support of the Motion to Dismiss or, in the Alternative, to Stay Proceedings [ECF no. 42] filed by the Orly Genger 1993 Trust, by its Trustee Michael Oldner, Recovery Effort Inc., and Manhattan Safety Maine, Inc.

Dated:  December 2, 2021
       New York, New York

                            Respectfully submitted,

                            KRANTZ & BERMAN LLP

                By:   /s/ *Jerrold L. Steigman*
                         Jerrold L. Steigman
                         747 Third Avenue, 32nd Floor
                         New York, NY 10017
                         212-661-0009
                         jsteigman@krantzberman.com
                         *Attorneys for Michael Oldner*